UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| AMAZING GRACE HOTELS, LLC | § | Case No. 14-30821-MAW |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Douglas A. Dymarkowski, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
 (Without deducting any secured claims)

Total Distributions to Claimants: $291,409.17

Total Expenses of Administration: $315,460.34

Assets Exempt: NA

Claims Discharged
Without Payment: NA

3) Total gross receipts of $606,869.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $606,869.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $25,029,692.50 | $13,857,845.12 | $13,857,845.12 | $291,409.17 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $30,265.37 | $30,265.37 | $30,265.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $285,194.97 | $285,194.97 | $285,194.97 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $24,132.18 | $24,132.18 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,140,739.88 | $410,115.44 | $410,115.44 | $0.00 |
| **TOTAL DISBURSEMENTS** | $26,170,432.38 | $14,607,553.08 | $14,607,553.08 | $606,869.51 |

4) This case was originally filed under chapter 7 on 03/17/2014, and it was converted to chapter 7 on 06/09/2015. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : _____08/14/2018_____      By : ___/s/ Douglas A. Dymarkowski___

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable at time of conversion | 1121-000 | $2,533.38 |
| Cash turned over from Chapter 11 trustee | 1121-000 | $604,336.13 |
| **TOTAL GROSS RECEIPTS** | | $606,869.51 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | U.S. BANK NATIONAL | 4110-000 | $12,500,000.00 | $12,652,492.47 | $12,652,492.47 | $29,225.53 |
| 00000 | U.S. BANK NATIONAL | 4110-000 | NA | $945,352.65 | $945,352.65 | $2,183.64 |
| | U.S. Bank NA, as Trustee for the | 4110-000 | NA | $260,000.00 | $260,000.00 | $260,000.00 |
| | Lucas County Treasurer 1 | | $29,692.50 | NA | NA | $0.00 |
| | US Bank as Trustee C-III Asset | | $12,500,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $25,029,692.50 | $13,857,845.12 | $13,857,845.12 | $291,409.17 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES | 2950-000 | NA | $10,400.00 | $10,400.00 | $10,400.00 |
| DOUGLAS A. DYMARKOWSKI | 2100-000 | NA | $18,206.09 | $18,206.09 | $18,206.09 |
| DOUGLAS A. DYMARKOWSKI | 2200-000 | NA | $441.91 | $441.91 | $441.91 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $183.62 | $183.62 | $183.62 |
| Union Bank | 2600-000 | NA | $1,033.75 | $1,033.75 | $1,033.75 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $30,265.37 | $30,265.37 | $30,265.37 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DOUGLAS A DYMARKOWSKI | 6101-000 | NA | $259,626.75 | $259,626.75 | $259,626.75 |
| MIRA & KOLENA, LTD | 6310-000 | NA | $22,000.00 | $22,000.00 | $22,000.00 |
| PATRICIA B. FUGEE | 6210-000 | NA | $3,467.50 | $3,467.50 | $3,467.50 |
| PATRICIA B. FUGEE | 6220-000 | NA | $100.72 | $100.72 | $100.72 |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $285,194.97 | $285,194.97 | $285,194.97 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | OHIO DEPARTMENT OF TAXATION | 5800-000 | NA | $24,132.18 | $24,132.18 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $24,132.18 | $24,132.18 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | MARKEY'S AUDIO VISUAL | 7100-000 | $27,610.55 | $35,058.54 | $35,058.54 | $0.00 |
| 000010 | 20 CAM TECH INDUSTRIAL SVCS. | 7100-000 | $3,255.00 | $3,141.81 | $3,141.81 | $0.00 |
| 000009 | BARKAN & ROBON LTD | 7100-000 | $24,600.00 | $22,548.57 | $22,548.57 | $0.00 |
| 000008 | HERITAGE FOOD SERVICE GROUP | 7100-000 | $300.00 | $281.22 | $281.22 | $0.00 |
| 000005 | HLT EXISTING FRANCHISE | 7100-000 | $155,297.95 | $160,979.84 | $160,979.84 | $0.00 |
| 000004 | OHIO DEPARTMENT OF | 7100-000 | NA | $65.42 | $65.42 | $0.00 |
| 000003 | NORTHERN FROZEN FOODS, INC. | 7100-000 | $140,000.00 | $175,158.23 | $175,158.23 | $0.00 |
| 000002B | OHIO DEPARTMENT OF | 7300-000 | NA | $11,304.78 | $11,304.78 | $0.00 |
| 000001 | D&R POOL SALES | 7100-000 | $300.00 | $1,577.03 | $1,577.03 | $0.00 |
| | American Express ATTN: HARC | | $1,300.00 | NA | NA | $0.00 |
| | Barkan & Robon Ltd. 1701 | | $24,600.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brandt Meats 21500 Alexander | | $14,800.00 | NA | NA | $0.00 |
| | Brinks, Inc. 1265 Matzinger | | $3,089.19 | NA | NA | $0.00 |
| | Cam Tech Industrial Svcs. POB 55 | | $3,255.00 | NA | NA | $0.00 |
| | Coca Cola POB 742510 | | $2,054.10 | NA | NA | $0.00 |
| | Columbia Gas 200 Civic Center | | $1,228.13 | NA | NA | $0.00 |
| | Commtrack 17493 Nassau | | $1,144.37 | NA | NA | $0.00 |
| | D&R Pool Sales 5016 Airport | | $300.00 | NA | NA | $0.00 |
| | Gues Distribution/Sysco POB 910 | | $473.46 | NA | NA | $0.00 |
| | HD Supply POB 509058 San | | $1,922.71 | NA | NA | $0.00 |
| | Heritage Foodservice 5130 | | $300.00 | NA | NA | $0.00 |
| | Hess POB 905243 Charlotte, NC | | $300.00 | NA | NA | $0.00 |
| | Hilton Worldwide 7930 Jones | | $155,297.95 | NA | NA | $0.00 |
| | Hopitality Careers 6465 | | $1,500.00 | NA | NA | $0.00 |
| | ILD Telecommunications 8401 | | $11.96 | NA | NA | $0.00 |
| | Job 1 USA, A/R Dept. POB | | $13,100.00 | NA | NA | $0.00 |
| | LaSalle Cleaners 922 Jefferson | | $747.01 | NA | NA | $0.00 |
| | Leslie's Pools 3925 E. Broadway | | $1,900.00 | NA | NA | $0.00 |
| | Markey's Audiovisual 2365 | | $27,610.55 | NA | NA | $0.00 |
| | Mid-Continent Hotel | | $200,000.00 | NA | NA | $0.00 |
| | MIS Associates 4475 Peachtree | | $3,785.37 | NA | NA | $0.00 |
| | Morgan Services Inc. 34 10th | | $6,950.50 | NA | NA | $0.00 |
| | MT Business Technologies Inc. | | $462.71 | NA | NA | $0.00 |
| | Muzak of Toledo 5333 Secor Rd. | | $304.23 | NA | NA | $0.00 |
| | Northern Hazerot 21500 | | $140,000.00 | NA | NA | $0.00 |
| | Office Depot 5105 Monroe St. | | $331.05 | NA | NA | $0.00 |
| | Ohio Excavating & Sewer 9339 | | $16,700.00 | NA | NA | $0.00 |
| | RSS Group 3564 Marine Rd. | | $233.00 | NA | NA | $0.00 |
| | SafLok, Inc. 31750 Sherman Ave. | | $125.00 | NA | NA | $0.00 |
| | Service Wet Grinding 19215 | | $207.50 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 5)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Teeters Products Inc. 125 E. 2nd | | $231.32 | NA | NA | $0.00 |
| | Thyssenkrup 6968 McNerney | | $3,076.54 | NA | NA | $0.00 |
| | University of Toledo 2801 | | $72,000.00 | NA | NA | $0.00 |
| | USA Today 305 Seaboard Lane | | $373.27 | NA | NA | $0.00 |
| | Verizon Inc. 500 Technology | | $1,277.12 | NA | NA | $0.00 |
| | Zdzislaw Iller 3012 Albany St. | | $88,384.34 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,140,739.88 | $410,115.44 | $410,115.44 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Case No: 14-30821**                    **Judge: Mary Ann Whipple**                    **Trustee Name: Douglas A. Dymarkowski**
**Case Name: AMAZING GRACE HOTELS, LLC**                              **Date Filed (f) or Converted (c): 06/09/2015 (c)**
                                                                          **341(a) Meeting Date: 07/20/2015**
**For Period Ending: 08/14/2018**                                         **Claims Bar Date: 09/28/2015**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Asset listed in error | 0.00 | 0.00 | | 0.00 | FA |
| 2. | Asset listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Account listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 4. | Asset listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Asset listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Asset listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 7. | Cash turned over from Chapter 11 trustee | 0.00 | 604,336.13 | | 604,336.13 | FA |
| 8. | Accounts receivable at time of conversion | 0.00 | 10,472.33 | | 2,533.38 | FA |
| 9. | Deposits receivable at time of conversion | 0.00 | 1,000.00 | | 0.00 | FA |
| 10. | Asset listed in error by trustee | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Asset listed in error by trustee (u) | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

**TOTALS (Excluding Unknown Values)**          0.00          615,808.46          606,869.51          0.00

Re Prop. #1   **Originally listed on Form 1 as: "Funds held by Reciever"**
Re Prop. #2   **Originally listed on Form 1 as: "Accounts under 30 days"**
Re Prop. #3   **Originally listed on Form 1 as: "Accounts 31-60 days"**
Re Prop. #4   **Originally listed on Form 1 as: "Accounts 61-90 days"**
Re Prop. #5   **Originally listed on Form 1 as: "Accounts over 90 days"**
Re Prop. #6   **Originally listed on Form 1 as: "leasehold and all other assets"**
Re Prop. #7   **Reflects cleared bank balances as of 6/30/15 per amended June operating statement file as doc. # 269;Trustee Operating Account $602,479.87;Payroll Account $1,856.26**
Re Prop. #8   **Reflects outstanding accounts receivable on books as of 6/30/15.  Remainder as of 11/30/15 uncollectable - abandon**
Re Prop. #9   **Reflects deposits receivable at time of conversion - Deposit credited to account payable and therefore will not be collected.**
Re Prop. #10   **Originally listed on Form 1 as: "Liquor License - taxes due exceed value"**

UST Form 101-7-TDR (10/1/2010) (Page 7)                                              **Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 14-30821                          Judge: Mary Ann Whipple                          Trustee Name: Douglas A. Dymarkowski
Case Name: AMAZING GRACE HOTELS, LLC                                                       Date Filed (f) or Converted (c): 06/09/2015 (c)
                                                                                           341(a) Meeting Date: 07/20/2015
For Period Ending: 08/14/2018                                                              Claims Bar Date: 09/28/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Re Prop. #11   Note: This Assset was added by trustee for any monies received post petition,  Only funds received post conversion were actually accounts receivable and accounted for as asset # 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Case converted from Chapter 11 to Chapter 7 on 6/09/15.**

Remaining assets of Chapter 11 case include the following as of date of conversion and have been be administered primarily to pay administrative claims and expenses of Chapter 11 case:
$604,718.19 cleared bank balances as of June 1, 2015
 adjusted to $604,347.83 on June 30, 2015 - actual funds received
$8,616.07 accounts receivable balances - which were partially offset by accounts payable - remainder received
$1,000.00 deposit receivable - this was credited to account payable and not received

As this is an asset case, a request for claims will be made of the clerk of courts, although there are no funds available for distribution to pre-petition creditors.  Chapter 11 administrative claims bar date is 6/15/15, and no administrative claims were filed as of that date
 subsequent UST quarterly fee claim filed.  One professional fee application was filed and subsequently withdrawn.

Only item remaining was preparation and filing of tax returns.  Trustee had a very difficult time in receiving the principal's personal returns which were necessary in order to move forward with returns during the bankruptcy period (business filed as Sch C of debtor principal Form 1040).  - 10/21/16 update:  FINALLY received documents from principal Grace Kellogg's tax preparer allowing estate tax returns to be completed - However, trustee subsequently learned there were additional reports and filings needed by the accountant in order to re-create/complete tax returns.
- 7/15/17 all tax returns prepared and filed.
- 9/22/17 Accountant fee application filed
 subsequently paid

Initial Projected Date of Final Report(TFR) :12/31/2015          Current Projected Date of Final Report(TFR) : 09/30/2017

Trustee's Signature          /s/Douglas A.          Date:  08/14/2018
                              Dymarkowski
                              Douglas A. Dymarkowski
                              5431 Main Street
                              Sylvania, OH 435602155
                              Phone :

UST Form 101-7-TDR (10/1/2010) (Page 8)                                          **Exhibit 8**

**Case No:** 14-30821

**Case Name:** AMAZING GRACE HOTELS, LLC

**Taxpayer ID No:** **-***9513

**For Period Ending:** 8/14/2018

**Trustee Name:** Douglas A. Dymarkowski

**Bank Name:** Union Bank

**Account Number/CD#:** ******8357 Checking Account

**Blanket bond (per case limit):** 2,000,000.00

**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/04/2015 | [7] | AMAZING GRACE HOTELS, LLC DEBTOR IN POSSESSION 3100 GLENDALE AVENUE TOLEDO , OH 43614 | FUNDS TURNOVER TO NEW TRUSTEE | 1121-000 | 602,260.00 | | 602,260.00 |
| 08/04/2015 | [7] | TOOH ASSOCIATES LLC AMAZING GRACE HOTELS PAYROLL ACOUNT | FUNDS TURNOVER TO NEW TRUSTEE | 1121-000 | 1,856.26 | | 604,116.26 |
| 08/12/2015 | 3001 | PATRICIA B. FUGEE ROETZEL & ANDRESS ONE SEAGATE, 17TH FLOOR, STE 1700 TOLEDO , OH 43604 | Chapter 11 attorney for trustee fee ORDER 7/31/15<br><br>(3,467.50)<br><br>EXPENSE               (100.72) | <br><br><br>6210-000<br><br>6220-000 | | 3,568.22 | 600,548.04 |
| 08/12/2015 | 3002 | DOUGLAS A DYMARKOWSKI 5431 MAIN STREET SYLVANIA , OH 43560 | Chapter 11 Trustee fees ORDER 8/12/15 | 6101-000 | | 259,626.75 | 340,921.29 |
| 09/24/2015 | [7] | AMAZING GRACE HOTELS, LLC 3100 GLENDALE AVENUE ROOM 101 TOLEDO , OH 43614 | Refund of CC fees taken in error | 1121-000 | 219.87 | | 341,141.16 |
| 09/25/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 543.48 | 340,597.68 |
| | | | Page Subtotals | | 604,336.13 | 263,738.45 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **14-30821**

Case Name: **AMAZING GRACE HOTELS, LLC**

Taxpayer ID No: **\*\*-\*\*\*9513**

For Period Ending: **8/14/2018**

Trustee Name: **Douglas A. Dymarkowski**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*8357 Checking Account**

Blanket bond (per case limit): **2,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/26/2015 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 490.27 | 340,107.41 |
| 11/05/2015 | [8] | ROETZEL & ANDRESS | refund of filing fee in Ch 11 litig | 1121-000 | 64.62 | | 340,172.03 |
| 11/05/2015 | [8] | INSURANCE PARTNERS 26865 CENTER RIDGE ROAD WESTLAKE , OH 44145 | refund of Ch 11 bond | 1121-000 | 1,270.00 | | 341,442.03 |
| 11/05/2015 | [8] | CARLSON 701 CARLSON PARKWAY MINNETONKA , MN 55305 | refund of hotel franchise fees | 1121-000 | 1,198.76 | | 342,640.79 |
| *12/28/2015 | 3003 | U.S. Bank NA, as Trustee for the Registered Holders of, MErrill Lynch Mortgage Trust 2007-C1, COmmercial | Proceeds from sale of secured prop Stipulated Order entered 12/23/15 [doc. # 284] | 4110-003 | | 260.00 | 342,380.79 |
| 12/28/2015 | 3004 | U.S. Bank NA, as Trustee for the Registered Holders of, MErrill Lynch Mortgage Trust 2007-C1, COmmercial | Proceeds from sale of secured prop Stipulated Order entered 12/23/15 [doc. # 284] | 4110-000 | | 260,000.00 | 82,380.79 |
| *12/28/2015 | | Reverses Check # 3003 | Proceeds from sale of secured prop VOIDED check - incorrect amount | 4110-003 | | (260.00) | 82,640.79 |
| 01/22/2016 | 3005 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE , OH 44145 | Bond premium | 2300-000 | | 133.86 | 82,506.93 |

Page Subtotals     2,533.38     260,624.13

UST Form 101-7-TDR (10/1/2010) (Page 10)

**Exhibit 9**

Case No: **14-30821**

Case Name: **AMAZING GRACE HOTELS, LLC**

Taxpayer ID No: **\*\*-\*\*\*9513**

For Period Ending: **8/14/2018**

Trustee Name: **Douglas A. Dymarkowski**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*8357 Checking Account**

Blanket bond (per case limit): **2,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/24/2017 | 3006 | INSURANCE PARTNERS AGENCY, INC. 26865 CENTER RIDGE ROAD WESTLAKE , OH 44145 | Blanket Bond Preimum | 2300-000 | | 49.76 | 82,457.17 |
| 10/24/2017 | 3007 | MIRA & KOLENA, LTD 4841 MONROE STREET SUITE 350 TOLEDO , OH 43623 | Accountant Fees ORDER 10/23/17 (DOC. # 294) | 6310-000 | | 22,000.00 | 60,457.17 |
| 01/11/2018 | 3008 | DOUGLAS A. DYMARKOWSKI 5431 MAIN STREET SYLVANIA , OH 43560-2155 | Chapter 7 Compensation/Expense<br><br>(18,206.09)<br><br>EXPENSE                    (441.91) | <br><br>2100-000<br><br>2200-000 | | 18,648.00 | 41,809.17 |
| 01/11/2018 | 3009 | Office of the United States Trustee Ohio/Michigan Regional Office 211 West Fort Street, Suite 700 Detroit, MI 48226 | Claim 000012, Payment 100.00000% (12-1) 11 U.S.C. 507(a)(2) | 2950-000 | | 10,400.00 | 31,409.17 |
| *01/11/2018 | 3010 | U.S. Bank National Association as Trustee for the Registered Holders of, MErrill Lynch 191 W. Nationwide Blvd Columbus , OH 43215 | Claim 000006, Payment 0.23099% (6-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and revenues derived therefrom | 4110-003 | | 29,225.53 | 2,183.64 |
| | | | Page Subtotals | | 0.00 | 80,323.29 | |

Case No: **14-30821**

Case Name: **AMAZING GRACE HOTELS, LLC**

Taxpayer ID No: **\*\*-\*\*\*9513**

For Period Ending: **8/14/2018**

Trustee Name: **Douglas A. Dymarkowski**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*8357 Checking Account**

Blanket bond (per case limit): **2,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *01/11/2018 | 3011 | U.S. Bank National Association as Trustee for the Registered Holders of, MErrill Lynch 191 W. Nationwide Blvd Columbus , OH 43215 | Claim 000007, Payment 0.23099% (7-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and rents and revenues derived therefrom | 4110-003 | | 2,183.64 | 0.00 |
| 04/16/2018 | 3012 | U.S. Bank National Association as Trustee for the Registered Holders of, MErrill Lynch 191 W. Nationwide Blvd Columbus , OH 43215 | Claim 000006, Payment 0.23099% (6-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and revenues derived therefrom | 4110-000 | | 29,225.53 | (29,225.53) |
| 04/16/2018 | 3013 | U.S. Bank National Association as Trustee for the Registered Holders of, MErrill Lynch 191 W. Nationwide Blvd Columbus , OH 43215 | Claim 000007, Payment 0.23099% (7-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and rents and revenues derived therefrom | 4110-000 | | 2,183.64 | (31,409.17) |
| *04/16/2018 | | Reverses Check # 3010 | Claim 000006, Payment 0.23099% (6-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and revenues derived therefrom | 4110-003 | | (29,225.53) | (2,183.64) |

Page Subtotals   0.00   4,367.28

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **14-30821**

Case Name: **AMAZING GRACE HOTELS, LLC**

Taxpayer ID No: **\*\*-\*\*\*9513**

For Period Ending: **8/14/2018**

Trustee Name: **Douglas A. Dymarkowski**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*8357 Checking Account**

Blanket bond (per case limit): **2,000,000.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *04/16/2018 | | Reverses Check # 3011 | Claim 000007, Payment 0.23099% (7-1) Commercial Loan - ground    lease interest in real property located at 3100 Glendale Avenue, Toledo, OH and rents and revenues derived therefrom | 4110-003 | | (2,183.64) | 0.00 |

| | | | Page Subtotals | 0.00 | (2,183.64) | |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 606,869.51 | 606,869.51 | |
| Less:Bank Transfer/CD's | 0.00 | 0.00 | |
| SUBTOTALS | 606,869.51 | 606,869.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 606,869.51 | 606,869.51 | |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 606,869.51 | | |
| All Accounts Gross Disbursements: | 606,869.51 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| \*\*\*\*\*\*8357 Checking Account | 606,869.51 | 606,869.51 | |
| Net Totals | 606,869.51 | 606,869.51 | 0.00 |